**David R. GONZALES, Respondent,**

v.

**FORD MOTOR COMPANY, Appellant.**

**No. WD 58975.**

Missouri Court of Appeals,
Western District.

June 5, 2001.

L.J. Buckner, Jr., Kansas City, MO, for Appellant.

Kathleen Ann McNamara, Kansas City, MO, for Respondent.

Before JAMES M. SMART, Jr., Presiding Judge, PAUL M. SPINDEN, Chief Judge, and PATRICIA A. BRECKENRIDGE, Judge.

## ORDER

The Labor and Industrial Relations Commission affirmed its administrative law judge's findings that David R. Gonzales sustained temporary total and permanent partial disability that was related to his work at Ford Motor Company. Ford appeals. We affirm the Commission's award. Rule 84.16(b).